No. 150. PETERSIME INCUBATOR CO. *v.* BUNDY INCUBATOR CO. October 4, 1943.

Dismissed on motion of counsel for the petitioner. *Messrs. H. A. Toulmin, Jr., John M. Mason,* and *Rowan A. Greer* for petitioner. *Mr. Albert L. Ely* for respondent.

No. 318. HILL *v.* TEXAS. October 11, 1943. Dismissed on motion of counsel for the petitioner. *Mr. A. S. Baskett* for petitioner.